**Electronically Filed
Supreme Court
SCWC-14-0000498
02-FEB-2016
01:41 PM**

SCWC-14-0000498

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

CASEY T. ELIZARES,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0000498; CASE NO. 3DTA-12-01454)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Casey T. Elizares's

application for writ of certiorari filed on December 22, 2015, is

hereby rejected.

DATED:  Honolulu, Hawaiʻi, February 2, 2016.

Stanton C. Oshiro
for petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

